**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6893**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONNELL ANDREW SCOTT, a/k/a Dee-Nice,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (3:09-cr-00186-JRS-1)

Submitted:  July 19, 2012          Decided:  July 26, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donnell Andrew Scott, Appellant Pro Se. David Vincent Harbach,
II, Olivia L. Norman, OFFICE OF THE UNITED STATES ATTORNEY,
Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Andrew Scott appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Scott, No. 3:09-cr-00186-JRS-1 (E.D. Va. Apr. 18, 2012); see also United States v. Stewart, 595 F.3d 197, 201 (4th Cir. 2010) (noting that § 3582 proceeding is "not considered a full resentencing by the court"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED